JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOSEPH IZHAKPOR (PRO SE),<br>Plaintiff,<br>v.<br>THE BANK OF NEW YORK MELLON f/n/a THE BANK OF NEW YORK as indentured trustee for CWHEQ REVOLVING HOME EQUITY LOAN TRUST,<br>Defendant. | Case No. 2:25-cv-09494-CV-SSC<br>**JUDGMENT ON DISMISSAL** |

On September 30, 2026, the Court granted Defendant's Motion to Dismiss. Doc. # 26.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant is hereby dismissed from this lawsuit with prejudice.
2. Plaintiff shall take nothing from Defendant by way of his Complaint.

**JUDGMENT IS SO ENTERED.**

DATED: October 13, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE